BRIAN C. WHITAKER, ESQ.
Nevada Bar No. 2329
Email: bwhitaker@ericksonwhitaker.com
**ERICKSON & WHITAKER PC**
1349 Galleria Drive, Suite 200
Henderson, NV 89014
Telephone: 702-433-9696
Facsimile: 702-434-0615
*Attorneys for Plaintiff*
*Paul B. Canale, M.D.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL B. CANALE, M.D., an individual and Alabama resident,<br><br>Plaintiff,<br><br>vs.<br><br>SAHARA OUTPATIENT SURGERY CENTER, LTD, a Nevada limited partnership; SURGICARE OF LAS VEGAS, INC., a Nevada corporation; LANCE HICKMAN, an individual and Tennessee resident; DOES I through X; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE: 2:18-CV-01020-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PAUL B. CANALE, M.D. TO RESPOND TO MOTION TO DISMISS**<br><br>(First Request) |

Plaintiff, PAUL B. CANALE, M.D., and Defendants, SAHARA OUTPATIENT SURGERY CENTER, LTD. and SURGICARE OF LAS VEGAS, INC. (hereinafter "Surgery Center Parties"), by and through their counsel of record, stipulate and agree as follows:

1. On June 19, 2018, Surgery Center Parties filed and served their Motion to Dismiss;

2. The parties stipulate and agree that the date for Plaintiff to oppose Surgery Center Parties' Motion shall be continued from July 3, 2018 to July 10, 2018.

3. Additional time is needed for counsel to confer and review exhibits with Plaintiff to respond to Surgery Center Parties' Motion.

4. This is the first stipulation for an extension of time for Plaintiff to respond to Surgery Center Parties' Motion. The stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 29th day of June, 2018

ERICKSON & WHITAKER PC

By: /s/ Brian C. Whitaker
    BRIAN C. WHITAKER
    Nevada Bar No. 2329
    Email: bwhitaker@ericksonwhitaker.com
    1349 Galleria Drive, Suite 200
    Henderson, NV 89014
*Attorneys for Plaintiff Paul B. Canale, M.D.*

DATED this 29th day of June, 2018

BAILEY KENNEDY

By: /s/ Andrea M. Champion
    JOSHUA M. DICKEY
    Nevada Bar No. 6621
    ANDREA M. CHAMPION
    Nevada Bar No. 13461
    8984 Spanish Ridge Avenue
    Las Vegas, NV 89148
*Attorneys for Defendants Sahara Outpatient Surgery Center, Ltd. and Surgicare of Las Vegas, Inc.*

**IT IS SO ORDERED.**

**DATED** this __30__ day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court