JOSHUA M. DICKEY
Nevada Bar No. 6621
ANDREA M. CHAMPION
Nevada Bar No. 13461
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JDickey@BaileyKennedy.com
AChampion@BaileyKennedy.com

*Attorneys for Defendants Sahara Outpatient Surgery Center, Ltd.; and Surgicare of Las Vegas, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PAUL B. CANALE, M.D., an individual and Alabama resident,<br><br>Plaintiff,<br><br>v.<br><br>SAHARA OUTPATIENT SURGERY CENTER, LTD., a Nevada limited partnership; SURGICARE OF LAS VEGAS, INC., a Nevada corporation; LANCE HICKMAN, an individual and Tennessee resident; DOES I through X; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01020-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SAHARA OUTPATIENT SURGERY CENTER, LTD. AND SURGICARE OF LAS VEGAS, INC.'S REPLY IN SUPPORT OF THE MOTION TO DISMISS [ECF NO. 6]**<br><br>**[FIRST REQUEST]** |

Plaintiff Paul B. Canale, M.D. ("Plaintiff"), together with Defendants Sahara Outpatient Surgery Center, Ltd. and Surgicare of Las Vegas, Inc. (collectively, the "Surgery Center Parties"), by and through their respective attorneys of records, stipulate and agree as follows:

1. On June 19, 2018, the Surgery Center Parties filed and served their Motion to Dismiss [ECF No. 6].

2. Dr. Canale filed his Opposition to the Motion to Dismiss on July 10, 2018 [ECF No. 12].[1]

---

[1] Dr. Canale's deadline within which to file his Opposition was extended by the parties' agreement and approved by the Court on June 30, 2018. (*See* ECF No. 9.)

3. The Surgery Center Parties' reply in support of the Motion to Dismiss is currently due on July 17, 2018.

4. The parties stipulate and agree that the date for the Surgery Center Parties' reply deadline shall be continued from July 17, 2018 to July 24, 2018 as a professional courtesy to the Surgery Center Parties' counsel.[2]

5. This is the first stipulation for an extension of time for the Surgery Center Parties to file their reply in support of the Motion to Dismiss. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 17th day of July, 2018.  DATED this 17th day of July, 2018.

ERICKSON & WHITAKER PC  BAILEY❖KENNEDY

By:  /s/ Brian C. Whitaker  
    BRIAN C. WHITAKER  
    1349 Galleria Drive  
    Suite 200  
    Henderson, NV 89014

By:  /s/ Andrea M. Champion  
    JOSHUA M. DICKEY  
    ANDREA M. CHAMPION  
    8984 Spanish Ridge Avenue  
    Las Vegas, NV 89148

*Attorneys for Plaintiff Paul B. Canale, M.D.*

*Attorneys for Defendants Sahara Outpatient Surgery Center, Ltd. and Surgicare of Las Vegas, Inc.*

**IT IS SO ORDERED.**

DATED this 17 day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

---

[2] The Surgery Center Parties originally requested a two-week extension of their reply deadline and understand, at the time of this filing, that Dr. Canale is still considering the Surgery Center Parties' request for an additional week. If parties subsequently agree to extend the Surgery Center Parties' reply deadline to July 31, 2018, they will file a second stipulation and order reflecting the same.