1    JOSHUA M. DICKEY
     Nevada Bar No. 6621
2    ANDREA M. CHAMPION
     Nevada Bar No. 13461
3    **BAILEY❖KENNEDY**
     8984 Spanish Ridge Avenue
4    Las Vegas, Nevada 89148-1302
     Telephone:  702.562.8820
5    Facsimile:  702.562.8821
     JDickey@BaileyKennedy.com
6    AChampion@BaileyKennedy.com

7    *Attorneys for Defendants Sahara Outpatient*
     *Surgery Center, Ltd.; and Surgicare of Las*
8    *Vegas, Inc.*

9

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

10

11    PAUL B. CANALE, M.D., an individual and
     Alabama resident,

12                  Plaintiff,

13    v.

14

15    SAHARA OUTPATIENT SURGERY CENTER,
     LTD., a Nevada limited partnership;
     SURGICARE OF LAS VEGAS, INC., a Nevada
16    corporation; LANCE HICKMAN, an individual
     and Tennessee resident; DOES I through X; ROE
17    CORPORATIONS I through X, inclusive,

18                 Defendants.

Case No.  2:18-cv-01020-GMN-VCF

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SAHARA OUTPATIENT SURGERY CENTER, LTD. AND SURGICARE OF LAS VEGAS, INC.'S REPLY IN SUPPORT OF THE MOTION TO DISMISS [ECF NO. 6]**

**[SECOND REQUEST]**

19

20       Plaintiff Paul B. Canale, M.D. ("Plaintiff"), together with Defendants Sahara Outpatient

21 Surgery Center, Ltd. and Surgicare of Las Vegas, Inc. (collectively, the "Surgery Center Parties"),

22 by and through their respective attorneys of record, stipulate and agree as follows:

23       1.   On June 19, 2018, the Surgery Center Parties filed and served their Motion to Dismiss

24 [ECF No. 6].

25       2.   Dr. Canale filed his Opposition to the Motion to Dismiss on July 10, 2018 [ECF No.

26 12].[1]

27

28

[1]     Dr. Canale's deadline within which to file his Opposition was extended by the parties' agreement and approved by the Court on June 30, 2018.  (*See* ECF No. 9.)

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1      3.   On July 17, 2018, the parties stipulated and agreed that the Surgery Center Parties'

2 reply should be continued from July 17, 2018 to at least July 24, 2018, as a professional courtesy to

3 the Surgery Center Parties' counsel and further indicated that Dr. Canale was still considering the

4 Surgery Center Parties' request for an additional week extension of their reply deadline, to July 31,

5 2018. (*See* ECF No. 14.)

6      4.   Following the Court's approval of their Stipulation on July 17, 2018, Dr. Canale

7 confirmed that he was agreeable to the Surgery Center Parties' additional week-long extension (to

8 give the Surgery Center Parties' counsel adequate time to prepare the reply following a large

9 document disclosure in an unrelated matter).

10      5.   Therefore, the parties now hereby stipulate and agree that the Surgery Center Parties'

11 reply should be further extended from July 24, 2018 to July 31, 2018.

12      6.   This is the second stipulation for an extension of time for the Surgery Center Parties

13 to file their reply in support of the Motion to Dismiss. This stipulation is made in good faith and not

14 to delay the proceedings.

15     IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

16 DATED this 20th day of July, 2018.        DATED this 20th day of July, 2018.

17 ERICKSON & WHITAKER PC        BAILEY❖KENNEDY

18

19 By:   */s/ Brian C. Whitaker*        By:   */s/ Andrea M. Champion*
      BRIAN C. WHITAKER            JOSHUA M. DICKEY

20       1349 Galleria Drive             ANDREA M. CHAMPION
      Suite 200                 8984 Spanish Ridge Avenue

21       Henderson, NV 89014          Las Vegas, NV 89148

22 *Attorneys for Plaintiff Paul B. Canale, M.D.*    *Attorneys for Defendants Sahara Outpatient
Surgery Center, Ltd. and Surgicare of Las*

23                                      *Vegas, Inc.*

24     **IT IS SO ORDERED.**

25     **DATED** this 23 day of July, 2018.

26

27     _____
    Gloria M. Navarro, Chief Judge

28     United States District Court