DAVID J. MERRILL
Nevada Bar No. 6060
DAVID J. MERRILL, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 566-1935
E-mail: david@djmerrillpc.com
Attorney for Defendant Lance Hickman

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL B. CANALE, M.D., an individual and Alabama resident,<br><br>        Plaintiff,<br><br>vs.<br><br>SAHARA OUTPATIENT SURGERY CENTER, LTD., a Nevada limited partnership; SURGICARE OF LAS VEGAS, INC., a Nevada corporation; LANCE HICKMAN, an individual and Tennessee resident; DOES I through X; ROE CORPORATIONS I through X, inclusive,<br><br>        Defendants. | 2:18-CV-01020-GMN-(VCF)<br><br>*Stipulation and Order to Extend Time to File Response to the Complaint*<br><br>(First Request) |

In accordance with LR 7-1(a), the plaintiff, Paul B. Canale, M.D., and defendant Lance Hickman, stipulate as follows:

1. On April 17, 2018, Dr. Canale filed a complaint in the Eighth Judicial District Court. (ECF No. 1-2). Defendants Sahara Outpatient Surgery Center, Ltd. and Surgicare of Las Vegas, Inc. removed the action to this Court on June 5, 2018. (ECF No. 1.) Dr. Canale served Hickman with a copy of the summons and complaint on September 1, 2018. (ECF No. 23). Under Fed. R. Civ. P. 12(1)(a)(1) and 6(a)(1)(C), Hickman has up to and including September 24, 2018, to file a response to the complaint.

1

2. Because counsel for Hickman was out-of-state, he requested, and Dr. Canale's counsel agreed, to a brief extension until Friday, September 28, 2018.

3. This is the first stipulation for an extension of time to file a response to the complaint.

4. The parties have agreed to this extension for good cause and not solely for the purpose of delay.

5. Accordingly, the parties stipulate that Hickman shall have up to and including September 28, 2018, to file a response to the complaint.

Dated this 24th day of September 2018.

| Erickson & Whitaker PC | David J. Merrill, P.C. |
|---|---|
| By: */s/ Brian C. Whitaker*<br>Brian C. Whitaker<br>1349 Galleria Drive, Suite 200<br>Henderson, Nevada 89014<br>(702) 433-9696<br>Attorney for Plaintiff | By: */s/ David J. Merrill*<br>David J. Merrill<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>(702) 566-1935<br>Attorney for Defendant Lance Hickman |

**It is so ordered:**

**United States Magistrate Judge**

Dated: September 24, 2018