DAVID J. MERRILL
Nevada Bar No. 6060
DAVID J. MERRILL, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 566-1935
E-mail: david@djmerrillpc.com
Attorney for Defendant Lance Hickman

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL B. CANALE, M.D., an individual and Alabama resident,<br><br>            Plaintiff,<br><br>vs.<br><br>SAHARA OUTPATIENT SURGERY CENTER, LTD., a Nevada limited partnership; SURGICARE OF LAS VEGAS, INC., a Nevada corporation; LANCE HICKMAN, an individual and Tennessee resident; DOES I through X; ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | 2:18-CV-01020-GMN-(VCF)<br><br>*Stipulation and Order to Extend Time to File Reply in Support of the Motion to Dismiss*<br><br>(First Request) |

In accordance with LR 7-1(a), the plaintiff, Paul B. Canale, M.D., and defendant Lance Hickman, stipulate as follows:

1.     On September 28, 2018, Hickman filed Lance Hickman's Motion to Dismiss. (ECF No. 26.) On October 12, 2018, Dr. Canale filed Plaintiff's Opposition to Defendant Lance Hickman's Motion to Dismiss. (ECF No. 28.) Under LR 7-2(b), Hickman has up to and including October 19, 2018, to file a reply in support of the motion to dismiss.

2.     Because counsel for Hickman is traveling, he requested, and Dr. Canale's counsel agreed, to an extension until Friday, October 26, 2018.

1

3. This is the first stipulation for an extension of time to file a reply in support of the motion to dismiss.

4. The parties have agreed to this extension for good cause and not solely for the purpose of delay.

5. Accordingly, the parties stipulate that Hickman shall have up to and including October 26, 2018, to file a reply in support of the motion to dismiss.

Dated this 18th day of October 2018.

| Erickson & Whitaker PC | David J. Merrill, P.C. |
|---|---|
| By: */s/ Brian C. Whitaker*<br>Brian C. Whitaker<br>1349 Galleria Drive, Suite 200<br>Henderson, Nevada 89014<br>(702) 433-9696<br>Attorney for Plaintiff | By: */s/ David J. Merrill*<br>David J. Merrill<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>(702) 566-1935<br>Attorney for Defendant Lance Hickman |

**IT IS SO ORDERED.**

Dated this  18  day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT